*Duggan,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth, Appellant, *v.* Davis.

Argued November 12, 1971. *Paul D. Shafer, Jr.,* District Attorney, for Commonwealth, appellant; *John D. Petruso,* with him *Gordon R. Miller,* for appellee.

The appeal is quashed as taken from an interlocutory order.

WRIGHT, P. J., dissents.

SPAULDING, J., absent.

## Commonwealth *v.* Deen, Appellant.

Submitted November 8, 1971. *J. Graham Sale, Jr.* and *John J. Dean,* Assistant Public Defenders, and *George H. Ross,* Public Defender, for appellant; *Carol Mary Los* and *Robert L. Campbell,* Assistant District Attorneys, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* DeFoy, Appellant.

Submitted November 8, 1971. *Anthony L. Gam-*